**EXHIBIT A**

Dockets.Justia.com



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

TESS was last updated on Wed Nov 9 04:14:37 EST 2005

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [ ]   OR   Jump | to record: [ ]   **Record 63 out of 78**

( Use the "Back" button of the Internet Browser to return to TESS)

## Typed Drawing

| | |
|---|---|
| Word Mark | GIANTS |
| Goods and Services | IC 041. US 107. G & S: Entertainment Services in the Form of Professional Football Games and Exhibitions. FIRST USE: 19250800. FIRST USE IN COMMERCE: 19250800 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 73262799 |
| Filing Date | May 19, 1980 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | July 28, 1981 |
| Registration Number | 1174596 |
| Registration Date | October 20, 1981 |
| Owner | (REGISTRANT) NEW YORK FOOTBAL GIANTS, INC. CORPORATION NEW YORK GIANTS STADIUM EAST RUTHERFORD NEW JERSEY 07073 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | DAVID M PROPER |
| Prior Registrations | 0835679 |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20011227. |
| Renewal | 1ST RENEWAL 20011227 |
| Live/Dead Indicator | LIVE |