**EXHIBIT B**

Dockets.Justia.com

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Nov 9 04:14:37 EST 2005*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST] [FIRST DOC]
[PREV DOC] [NEXT DOC] [LAST DOC]

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [    ]  OR  Jump | to record: [    ]  **Record 62 out of 78**

[TARR Status] [ASSIGN Status] [TDR Status] [TTAB Status]  ( Use the "Back" button of the Internet Browser to return to TESS)

### Typed Drawing

| | |
|---|---|
| **Word Mark** | NEW YORK GIANTS |
| **Goods and Services** | IC 041. US 107. G & S: Entertainment Services in the Form of Professional Football Games and Exhibitions. FIRST USE: 19250800. FIRST USE IN COMMERCE: 19250800 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73262800 |
| **Filing Date** | May 19, 1980 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | July 28, 1981 |
| **Registration Number** | 1174597 |
| **Registration Date** | October 20, 1981 |
| **Owner** | (REGISTRANT) NEW YORK FOOTBALL GIANTS, INC., THE CORPORATION NEW YORK GIANTS STADIUM EAST RUTHERFORD NEW JERSEY 07073 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | DAVID M PROPER |
| **Prior Registrations** | 0835679 |
| **Disclaimer** | Applicant disclaims the geographically descriptive words "New York" apart from the mark as shown. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20011227. |
| **Renewal** | 1ST RENEWAL 20011227 |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST] [FIRST DOC]


**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Nov 9 04:14:37 EST 2005*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [Browse Dict] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [ ]    OR    Jump | to record: [ ]    **Record 31 out of 78**

[TARR Status] [ASSIGN Status] [TDR Status] [TTAB Status]  *( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | NEW YORK GIANTS |
| **Goods and Services** | IC 025. US 039. G & S: men's, women's and children's clothing and footwear; namely, coaches caps, wool hats, painters caps, baseball caps, visors, headbands, ear muffs, knit face masks, belts, wristbands, T-shirts, tank tops, pajamas, golf shirts, sweaters, sweatshirts, jackets, neckties, braces, bibs, jerseys, night shirts, coats, robes, raincoats, parkas, ponchos, sneakers, gloves, scarves, snow suits, mittens, aprons, down jackets, leather jackets, shorts, sweatpants, jeans, pants, knickers, socks, underwear, bathing suits and leg warmers. FIRST USE: 19630900. FIRST USE IN COMMERCE: 19630900 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74300717 |
| **Filing Date** | August 3, 1992 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 12, 1994 |
| **Registration Number** | 1843003 |
| **Registration Date** | July 5, 1994 |
| **Owner** | (REGISTRANT) New York Football Giants, Inc. CORPORATION NEW YORK Giants Stadium East Rutherford NEW JERSEY 07073 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | DAVID M. PROPER |
| **Prior Registrations** | 0835679;1174596;1174597;1174598;AND OTHERS |

| | |
|---|---|
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL-2(F) |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20040327. |
| **Renewal** | 1ST RENEWAL 20040327 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | Browse Dict | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC
PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Nov 9 04:14:37 EST 2005*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [  ]  OR  Jump | to record: [  ]  **Record 24 out of 78**

[TARR Status] [ASSIGN Status] [TDR Status] [TTAB Status]  ( *Use the "Back" button of the Internet Browser to return to TESS*)

## Typed Drawing

| | |
|---|---|
| **Word Mark** | NEW YORK GIANTS |
| **Goods and Services** | IC 016. US 002 005 022 023 029 037 038 050. G & S: trading cards, posters, magazines relating to football, postcards, calendars, wrapping paper, paper gift boxes, paper stickers, paper napkins, [ paper towels ], books relating to football, posterbooks, notepads and greeting cards. FIRST USE: 19630900. FIRST USE IN COMMERCE: 19630900 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74481784 |
| **Filing Date** | January 24, 1994 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | July 25, 1995 |
| **Registration Number** | 1927075 |
| **Registration Date** | October 17, 1995 |
| **Owner** | (REGISTRANT) New York Football Giants, Inc. CORPORATION NEW YORK Giants Stadium East Rutherford NEW JERSEY 07073 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | DAVID M. PROPER |
| **Prior Registrations** | 1174596;1802062;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "NEW YORK" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |

Trademark Electronic Search System (TESS)                                          Page 2 of 2

| | |
|---|---|
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20050307. |
| **Renewal** | 1ST RENEWAL 20050307 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY |