**EXHIBIT C**

This ticket is a revocable license and may be revoked and admission refused at the sole discretion of the Giants by refunding the printed price thereon. The Giants reserve the right, without the refund of any portion of this ticket purchase price, to refuse admission or eject any person whose conduct is deemed to be disorderly or fails to comply with the terms and conditions contained herein.

The holder is admitted on condition, and by use of this ticket agrees, that the holder will not transmit or aid in transmitting, in whole or in part, any description, account, picture, reproduction, or result of the football game or related events to which this ticket admits the holder. Breach of the foregoing will automatically terminate this license. Your image or likeness may be used as part of any live or recorded video display or other transmission, reproduction or depiction in any media of all or any part of the event to which this ticket admits you.

Spectators are at their own risk with respect to the dangers incidental to the football game and related events whether occurring prior to, during or after the actual playing of the game. The Giants are not responsible for lost, stolen or damaged property.

The holder of this ticket is prohibited from carrying alcoholic beverages, bottles, cans and coolers onto the premises. There will be no refunds and no exchanges.

**This ticket may not be used for advertising, promotion or other commercial purposes (including contests, sweepstakes and giveaways) without the prior express written consent of the NFL and the Giants.**

Tickets obtained from sources other than the Giants may be lost or stolen tickets and in such cases will not be honored.

The resale of tickets for a price in excess of their face value is strictly prohibited, and any violation of this policy will result in the revocation of the season subscription. There is no resale area at Giants Stadium.

This ticket cannot be replaced if lost, destroyed or stolen. We cannot accept tickets from patrons at the Reservations Windows.



Gotta Go To Mo's®

**EXCLUSIVE SPORTING GOODS COMPANY OF THE NY GIANTS**

**15% OFF**

YOUR TOTAL PURCHASE OF REGULAR PRICED MERCHANDISE

    T