NEW YORK FOOTBALL GIANTS, INC. et al v. CLEAR CHANNEL COMMUNICATIONS, INC.
Case 2:05-cv-05414-JLL-RJH   Document 1-5   Filed 11/15/2005   Page 1 of 10
Doc. 1 Att. 4

**EXHIBIT D**

Dockets.Justia.com





ON THE AIR   THE ROCK   BABES   STUFF   FUN SH*T   NEWS   KGB ARMY   EVENTS    Enter Keyword



KGB FEATURES

**Help the Victims of Katrina**

**Win NY Giants Tickets**

**Westy's Hair Patrol**

**Buddy Icons**





Last 10 Songs

WHO'S UP        KGB BABES         The KGB 411    Down
                                                 Stone Temple Pilots
                                                 In the End
                                 **National News** Linkin Park
                                                 Not Falling
   Gunmen Kill Saddam Co-  Mudvayne
                                  Defendant's Lawyer   Deny
                                                 Default
                                                 And the Cradle Will Rock...
                                 **Sports News**  Van Halen
                                   Colts Crush Curse, Pats  Colors
                                                 Crossfade
                                 **Entertainment News** What You Are
                                   Sheree North Dead at 72 Audioslave
                                                 Again
                                 **Weather**     Alice In Chains
                                  Current conditions,  Calling
                                  forecasts and more!  Taproot
                                                 Forty Six &amp; 2
                                                 Tool
         HOT OR NOT
         PHOTOS
         COOL SH*T

                                   CONTES

Games   Bad Credit Refinance   Contests   Take Survey/Win Car!   Online Dating

    



© 2005 Clear Channel Communications
TERMS OF USE | PRIVACY STATEMENT | COPYRIGHT and TRADEMARK NOTICE | EEO PUBLIC FILE
Some images on this site © 2005 Getty Images





BEAR ROCK   EVENTS   NEWS CENTER   ADULT   ENTERTAINMENT   LIFESTYLES   HUMOR   BEAR'S DEN   STUFF   | Enter Keyword



**Bear Features**

StormAID

Win NY Giants Tickets

Buddy Icons



 

Last 10 On Air

Message In A Bottle
Police

Roadhouse Blues
Doors

In the Mood
Robert Plant

Sunshine of Your Love
Cream

Back in Black
AC/DC

Patience
Guns N' Roses

More Than a Feeling
Boston

Comfortably Numb
Pink Floyd

Long Train Runnin'
Doobie Brothers

Twilight Zone
Golden Earring

Who's Up          BEAR SHOWS          **All The News**

PURE

**Bear Rock**
 Led Zeppelin Lands Polar
 Prize

CLASSIC

**Sports Top Stories**
 Colts Crush Curse, Pats

**Joke of the Day**
 Joke of the Day - Tuesday,
 November 8, 2005

ROCK

**Entertainment News**
 Kate Moss Makes Modeling
 Comeback



**National News**
 Gunmen Kill Saddam Co-
 Defendant's Lawyer

BEAR PIX
BUDDY ICONS



Games   Ringtones   Bad Credit Refinance   Contests   Take Survey/Win PlasmaTV!   Online Dating

    



© 2005 Clear Channel Communications
TERMS OF USE | PRIVACY STATEMENT | COPYRIGHT and TRADEMARK NOTICE | EEO PUBLIC FILE
Some images on this site © 2005 Getty Images



Games   Ringtones   Bad Credit Refinance   Contests   Take Survey/Win Car!   Online Dating
Yahoo! HotJobs   Free Samples   College Online   Laptop Prices



| NFL | MLB | NBA | COLLEGE HOOPS | RACING | GOLF |

Enter Keyword or Search Term: [        ]  Go!

### NEW ON 1430THETEAM.COM

### SPORTS HEADLINES

**WIN NY GIANTS TICKETS**
Get all the details here!
more...

Colts Crush Curse, Pats
Peyton Manning threw for 321 yards and three touchdowns to finally win a game at New England. 

 **TEE TIME - NEW!**
"Tee Time with a Pro-Noun" is now on **1430 The Team**.
more...

Spurs Edge Bulls in Overtime
Tony Parker scored eight of his 22 points in overtime.  

 **THE YANKS ARE BACK**
Don't miss a minute of the action on **1430 The Team**!
more...




 **BUDDY ICONS**
Download **1430 The Team** AOL Buddy Icons! more...

Crosby Shines for Pens in Big Apple Debut
Zigmund Palffy was denied on a key penalty shot but still came up with the decisive goal. 

 **KEEPING KIDS WARM**
You can help "Keeping Kids Warm" more...




 **HAVE SOMETHING TO SAY?**
Check out the Sports Radio 1430 Chalk Talk message boards.

Okur Leads Jazz in Overtime Win
Mehmet Okur scored a game-high 31 points.  

### SPORTS RANTS



Making Something Out of Nothing

Garnett, T'Wolves Send Clippers to First Loss
Kevin Garnett had team-highs of 22 points, 11 rebounds and eight assists.   

Miller's a bigger story than Artest. 

Who Was Watching the Sox Win?

Apparently only Chicago and Houston. 

The Saints Go Marching Out? 

Tom Benson could soon be a hated man in New Orleans.

| Contact Us | Webmaster | Around Binghamton | Employment | EEO |
| BinghamtonForLess.com | ClearChannelBinghamton.com |

**Do you like this page? Send it to a friend!!!!!!**

Your name: ⬜    Your E-mail address: ⬜
Your Friends Name: ⬜    Your Friends E-mail Address: ⬜

Send It!

Sony Projectors
California auto insurance coverage by GMAC
BestArt.com your source for framed art online.
Health Insurance
ipod accessories and ipod mini accessories
The best selection of home security systems

Free Chat – Live Local Phone Chat
Assorted Watch Winders and Jewelry Boxes



© 2005 Clear Channel Communications
TERMS OF USE | PRIVACY STATEMENT | COPYRIGHT and TRADEMARK NOTICE

Some images on this site © 2005 Getty Images