**EXHIBIT E**





ON THE AIR   THE ROCK   BABES   STUFF   FUN SH*T   NEWS   KGB ARMY   EVENTS          Enter Keyword

**Cool Links**

HOME                    Win NY Giants Tickets

**Artist Search**

[Artist ▼]
[Artist Search]
[Search]

WIN NY GIANTS TICKETS

Stop by one of the locations below and pick up a registration card to enter to Win 2 tickets to a Giant game at the Me

Meineke
21st Century Pools & Spas
Auchinanchie Plumbing, Heating, Air Conditioning & Water Treatment
Olums
Van Cott Jewelers
Laurel Bowl
Manleys Mighty Mart

8/20 NY vs. Carolina
8/26 NY vs. Jets
9/11 NY vs. Arizona
10/2 NY vs. St. Louis
10/23 NY vs. Denver
10/30  NY vs. Washington
11/13  NY vs. Minnesota
11/20 NY vs. Philadelphia
12/4 NY vs. Dallas
12/17 NY vs. Kansas City

*Winner Will Be Notified Three Days Prior To The Game*

This contest is not affiliated, connected, associated with, or in any way sponsored by the National Football League or ai

Games   Bad Credit Refinance   Contests   Take Survey/Win Car!   Online Dating
Yahoo! HotJobs   Free Samples   College Online   Notebook Prices
Auto insurance   Skin Care   Binghamton Personals   Debt Consolidation   Binghamton Girls   Steel Pole Buildin








© 2005 Clear Channel Communications
TERMS OF USE | PRIVACY STATEMENT | COPYRIGHT and TRADEMARK NOTICE | EEO PUBLIC FILE
Some images on this site © 2005 Getty Images



107.5 THE BEAR - PURE CLASSIC ROCK :: 1075TheBear.com :: WBBI-FM Bingham...   Page 1 of 1





BEAR ROCK  EVENTS  NEWS CENTER  ADULT  ENTERTAINMENT  LIFESTYLES  HUMOR  BEAR'S DEN  STUFF | Enter Keyword

HOME

Artist Search

Artist ▼
Artist Search
Search

Win NY Giants Tickets

**WIN NY GIANTS TICKETS**

Stop by one of the locations below and pick up a registration card to enter to Win 2 tickets to a Giant game at the Me

Meineke
21st Century Pools & Spas
Auchinanchie Plumbing, Heating, Air Conditioning & Water Treatment
Olums
Van Cott Jewelers
Laurel Bowl
Manleys Mighty Mart

8/20 NY vs. Carolina
8/26 NY vs. Jets
9/11 NY vs. Arizona
10/2 NY vs. St. Louis
10/23 NY vs. Denver
10/30  NY vs. Washington
11/13  NY vs. Minnesota
11/20 NY vs. Philadelphia
12/4 NY vs. Dallas
12/17 NY vs. Kansas City

*Winner Will Be Notified Three Days Prior To The Game*

This contest is not affiliated, connected, associated with, or in any way sponsored by the National Football League or a

Games   Ringtones   Bad Credit Refinance   Contests   Take Survey/Win PlasmaTV!   Online Dating
Yahoo! HotJobs   Free Samples   College Online   Audiobahn Prices
Florida auto Insurance   Free Chat   Binghamton Chat   Debt Consolidation   Binghamton Dating

    



© 2005 Clear Channel Communications
TERMS OF USE | PRIVACY STATEMENT | COPYRIGHT and TRADEMARK NOTICE | EEO PUBLIC FILE
Some images on this site © 2005 Getty Images



1430 The Team                                                          Page 1 of 2

Games  Ringtones  Bad Credit Refinance  Contests  Take Survey/Win Car!  Online Dating
Yahoo! HotJobs  Free Samples  College Online  Laptop Prices



| NFL | MLB | NBA | COLLEGE HOOPS | RACING | GOLF |

**Enter Keyword or Search Term:** |                          | Go! |

## WIN NY GIANTS TICKETS

Stop by one of the locations below and pick up a registration card to enter to Win
2 tickets to a Giant game at the Meadowlands.

Meineke
21st Century Pools & Spas
Auchinanchie Plumbing, Heating, Air Conditioning & Water Treatment
Olums
Van Cott Jewelers
Laurel Bowl
Manleys Mighty Mart

8/20 NY vs. Carolina
8/26 NY vs. Jets
9/11 NY vs. Arizona
10/2 NY vs. St. Louis
10/23 NY vs. Denver
10/30  NY vs. Washington
11/13  NY vs. Minnesota
11/20 NY vs. Philadelphia
12/4 NY vs. Dallas
12/17 NY vs. Kansas City

*Winner Will Be Notified Three Days Prior To The Game*

This contest is not affiliated, connected, associated with, or in any way sponsored
by the National Football League or any of its teams.

| Contact Us | Webmaster | Around Binghamton | Employment | EEO |
| BinghamtonForLess.com | ClearChannelBinghamton.com |






