**EXHIBIT I**





Photograph

ON THE AIR   CONTESTS   THE WORKFORCE   THE MUSIC   EVENTS   INFO     Enter Keyword    Go!



WNNJ STORMWATCH
WIN GIANTS TICKETS!
CUPID.COM PRE-DATING PARTY
LOCAL NEWS
TRAFFIC
MANDATORY METALLICA
LED FOR LUNCH
LIVE AT 5
THE NNJ ARCADE

 

Last 10

FANTASY CALENDAR

The Last 10 On-Air

| | |
|---|---|
| New Year's Day | CD |
| U2 | |
| Ballad of Curtis Loew | CD |
| Lynyrd Skynyrd | |
| Sweet Home Alabama | CD |
| Lynyrd Skynyrd | |
| The Wind Cries Mary | CD |
| Jimi Hendrix Experience | |
| Purple Haze | CD |
| Jimi Hendrix Experience | |
| Speak to Me | CD |
| Pink Floyd | |
| Young Lust | CD |
| Pink Floyd | |
| Safe in New York City | CD |
| AC/DC | |
| For Those About To Rock | CD |
| Ac/Dc | |
| Whole Lotta Love | CD |
| Led Zeppelin | |





**The Headlines**
France Shaken By 12th Night of Riots

**Rock News**
Santana Relieved He Went Public About Child Molestation

**Sports Stories**
Colts Crush Curse, Pats

**Weather**
Current conditions, forecasts and more!

**Strange But True**
Been Cow-Tipping Lately? Not Likely

THONG OF THE DAY
MANDATORY METALLICA
LED FOR LUNCH



Check this Out!

Donate A Bear...

WNNJ.com The Tri-State's Classic Rock Station 103.7 WNNJ-FM                                    Page 2 of 2

      

© 2005 Clear Channel Communications
TERMS OF USE | PRIVACY STATEMENT | COPYRIGHT and TRADEMARK NOTICE | EEO PUBLIC FILE
Some images on this site © 2005 Getty Images