**EXHIBIT J**







The Tri-State's Classic Rock Station

ON THE AIR   CONTESTS   THE WORKFORCE   THE MUSIC   EVENTS   INFO        Enter Keyword   Go!

**Navigation**
HOME

Artist Search

Artist
Artist Search
Search

Email article | Print article

# WIN GIANTS TICKETS!



103.7 WNNJ has your tickets to see a Giants home game. Cheer on the Big Blue Wrecking Crew in Section 118 of the Meadowlands!

**10/23-** The Vernon Inn, Route 94 Vernon from 4 to 6pm at and win tickets for the November 13th Giants/Vikings game.

**10/29-** Trend Motors Volkswagen, Route 46 in Rockaway, Saturday, October 29th from noon to 2pm and win tickets to the Giants/Redskins game October 30th

**11/19-** Trend Motors Volkswagen, Route 46 in Rockaway, Saturday, November 19th from noon to 2pm and win tickets to the Giants/Eagles game November 20th.

**11/23-** The Lenape Lounge, 165 Andover-Sparta Road in Andover, Wednesday November 23rd from 8 to 10pm and win tickets to the Giants/Cowboys game December 4th.

No purchase necessary. Must be present to win. One pair of Giants tickets will be given away at each location. Decisions of judges are final.



Games   Ringtones   Bad Credit Refinance   Contests   Take Survey/Win Car!   Online Dating
Yahoo! HotJobs   Free Samples   College Online   Printer Prices
Computer Memory   Sussex Men   Sussex Chat






© 2005 Clear Channel Communications
TERMS OF USE | PRIVACY STATEMENT | COPYRIGHT and TRADEMARK NOTICE | EEO PUBLIC FILE
Some images on this site © 2005 Getty Images