**EXHIBIT K**



November 8, 2005     **NATIONAL FOOTBALL LEAGUE**

**VIA FACSIMILE (973-827-2135)**
**CONFIRMATION VIA MAIL**

Mr. Vince Toscano
General Manager
WNNJ-FM
45 Mitchell Avenue
Franklin, New Jersey 07416

<u>**Unauthorized Giveaway of Giants Tickets**</u>

Dear Mr. Toscano:

NFL Properties LLC represents the National Football League (the "NFL") and its member clubs, including the New York Giants (the "Giants"), in the enforcement of their intellectual property rights.

It has come to our attention that WNNJ-FM is engaged in the unauthorized giveaway of Giants game tickets. Such giveaways violate the express terms set forth on the back of each Giants game ticket, which prohibit the use of game tickets in connection with "advertising, promotion or other commercial purposes (including contests, sweepstakes and giveaways)" without the express written consent of the NFL and the Giants.

The NFL has previously advised other Clear Channel stations, including WKGB-FM and WBBI-FM in Vestal, New York, of the violations they commit when running unauthorized ticket giveaway promotions without first obtaining the requisite prior written consent. Accordingly, please be advised that the NFL and the Giants have the right, and hereby expressly reserve the right, to refuse to honor any tickets you purport to award to listeners or others entering your contests. You are therefore on notice that the Giants reserve the right to eject from the stadium anyone occupying the seats corresponding to any tickets you award. See *Transworld Airlines, Inc. v. American Coupon Exchange, Inc.*, 913 F.2d 676 (9th Cir. 1990) (enforcing airline's tariff restricting the transfer of frequent flyer coupons against holder of brokered coupons); *Collister v. Hayman*, 183 N.Y. 250 (1905) (upholding theater's decision to refuse admission to those who purchased tickets from a ticket broker who violated the terms and conditions of the ticket); *Levine v. Brooklyn Nat'l League Baseball Club, Inc.*, 179 Misc. 22, 36 N.Y.S.2d 474 (Kings Co. 1942) (upholding the right of the Dodgers to restrict the re-sale of Dodgers tickets and to refuse all tickets transferred in violation thereof). This, of course, would render literally false and unlawful the statements made by your station claiming that contest winners will be able to attend the Giants games.

In addition, your station's unauthorized use of the GIANTS® mark and the Giants Helmet Logo (which includes the NY Logo®) (collectively, the "Marks") in connection with the unauthorized giveaway is causing serious and irreparable harm to the NFL and the Giants

because consumers are likely mistakenly to believe that your website and/or the unauthorized giveaway of Giants game tickets are sponsored, endorsed or licensed by, or otherwise affiliated with, the NFL and/or the Giants. These activities are, therefore, unlawful pursuant to Sections 32 and 43(a) of the Lanham Act, 15 U.S.C. §§ 1114, 1125(a).

Your unauthorized use of the Marks also dilutes them in violation of Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c). In addition, your conduct constitutes unfair competition, deceptive acts and practices and misappropriation of the valuable goodwill, reputation and business property of the NFL and the Giants.

Please confirm in writing by 10:00 A.M. on Friday, November 11, 2005 that WNNJ-FM has discontinued permanently all uses of NFL tickets as promotional items and has ceased any and all use of the Marks on its website and in any related advertising or marketing materials. If we do not hear from you by that time, we will assume you are uninterested in resolving this matter amicably.

Sincerely,

David M. Proper

cc:   Rusty Hawley