**EXHIBIT M**

Dockets.Justia.com


WORLDWIDE

Hamlet T. Newsom Jr.
Associate General Counsel
Direct Line: 210-832-3320
Direct Fax: 210-832-3428
hamletnewsom@clearchannel.com

December 20, 2004

Ms. Paula M. Guibault
National Football League
280 Park Avenue
New York, New York  10017

*VIA FACSIMILE*

Re: Alleged Unauthorized Use of NFL Property Rights

Dear Ms. Guibault:

This letter supplements my previous voicemail responding to your letter of August 19, 2004, regarding the NFL's position with respect to the enforceability of the provisions printed on its tickets, as reiterated in your letter of December 16, 2004.

As I stated in my letter of August 13, 2004, and my voicemail message in August, Clear Channel does not believe that legal precedent supports your position that NFL event tickets can be enforced as contracts. Courts have consistently found that these tickets lack an exchange of consideration (due to their revocability by the issuer), lack privity and otherwise do not satisfy the elements necessary to form a contract between the issuer and ticket holder. As revocable licenses, the exclusive remedy available is to deny admission to the holder. Each of the cases cited in your letter as support for the league's position are distinguishable from and inapplicable to the facts and circumstances present in the promotions conducted by Clear Channel. As a final matter, your letter makes an assumption in the second to last paragraph which is either uninformed or conclusory – we do not necessarily have possession of the tickets for any given promotion during the contest period, so enforcement against Clear Channel, of even the limited remedies available under an irrevocable license, would not be possible.

As I also stated in my voicemail message, Clear Channel does take very seriously the intellectual property rights of other parties, and it is contrary to company policy to infringe on the trademark rights of the NFL or any other party. While we did not feel that the actions of station personnel at KTBZ constituted trademark infringement, we did remove the Texans logo from our websites in the spirit of good faith and cooperation.

In regard to a promotion allegedly entitled "Super Bowl Week at the Radisson Riverwalk," this title was only used as a working title in sales packages presented to potential sponsors. It is our understanding that the actual name of the event is "Radisson Clear Channel Music Fest." Our stations are no longer distributing sales packages using the title "Super Bowl Week at the Radisson Riverwalk."

Nothing contained or omitted in this letter is intended to be, nor should be deemed to be or construed as, a waiver or relinquishment of any of Clear Channel's rights, remedies, claims, and

ClearChannel Worldwide
200 East Basse Road • San Antonio, TX 78209-8328 • www.clearchannel.com

December 20, 2004
Page 2

contentions in respect to the matter, whether legal, equitable, or factual; each and all of which are expressly hereby reserved.

If you have any questions regarding the above, please contact me at the number and address above.

Very truly yours,

*Hamlet Newsom/EZ*

Hamlet T. Newsom Jr.
Associate General Counsel

HTN:el