William W. Robertson (WR-2772)
Jeffrey A. Cohen (JC-7975)
Mellissa L. Longo (ML-3762)
ROBERTSON, FREILICH, BRUNO
& COHEN, L.L.C.
One Riverfront Plaza, 4th Floor
Newark, New Jersey 07102
(973) 848-2100

Bruce P. Keller (BK-9300)
S. Zev Parnass (SP-3284)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

------------------------------------------------------------------- x
:
NEW YORK FOOTBALL GIANTS, INC. and NFL :
PROPERTIES LLC, :
: **PLAINTIFFS' DISCLOSURE**
Plaintiffs, : **STATEMENT PURSUANT**
: **TO FED. R. CIV. P. 7.1**
-against- :
:
CLEAR CHANNEL COMMUNICATIONS, INC., :
:
Defendant. :
:
------------------------------------------------------------------- x

This statement is submitted pursuant to Rule 7.1 of the Federal Rules of Civil Procedure in order to enable Judges of the Court to evaluate possible disqualification or recusal. The undersigned counsel of record for Plaintiffs certifies that New York Football Giants, Inc. has no parent corporation and no publicly-held corporation holds 10% or more of its stock. The undersigned counsel of record for Plaintiffs certifies that

NFL Properties LLC is a wholly-owned subsidiary of NFL Ventures, L.P., a Delaware limited partnership, and that no publicly-held corporation owns 10% or more of its stock.

Dated: Newark, New Jersey
November 15, 2005

ROBERTSON, FREILICH, BRUNO
& COHEN, L.L.C.

By: _____
Mellissa L. Longo (ML-3762)
William W. Robertson (WR-2772)
Jeffrey Cohen (JC-7975)
One Riverfront Plaza, 4th Floor
Newark, New Jersey 07102
(973) 848-2100

Attorneys for Plaintiffs New York Football Giants, Inc. and NFL Properties LLC

Of Counsel:
Bruce P. Keller (BK-9300)
S. Zev Parnass (SP-3284)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000