# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

### SUMMONS IN A CIVIL ACTION

NEW YORK FOOTBALL GIANTS, INC. and
NFL PROPERTIES LLC,

                    Plaintiffs,                    CASE NUMBER: _05-5414_
                                                              _(  JLL )_
v.

CLEAR CHANNEL COMMUNICATIONS, INC.,

                    Defendant.


TO:        CLEAR CHANNEL COMMUNICATIONS, INC.
           200 East Basse Road
           San Antonio, Texas 78209



**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY:

           **Jeffrey A. Cohen, Esq.**
           **Robertson, Freilich, Bruno & Cohen, LLC**
           **The Legal Center**
           **One Riverfront Plaza**
           **Newark, New Jersey 07102-5468**

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH
_____          _____11-17-05_____
CLERK                                        DATE

DIANNE C. RICHARDS
_____
BY DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 11/23/05 |
|---|---|
| NAME OF SERVER **Ronald N. Guilbot** | TITLE SCH547 |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: 200 Busse Rd SAN ANTONIO, TX 78209

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:_____

☐ Returned unexecuted:_____

☒ Other (specify): CLEAR CHANNEL Communications, Inc. Mickey Gaylor, Attorney Accepting

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___11/23/05___
Date /10:50 A.m.

Signature of Server

BEST PROCESS SERVICE
PO BOX 17532
SAN ANTONIO, TX 78217
Address of Server

1. As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.