William W. Robertson (WR-2772)
Jeffrey A. Cohen (JC-7975)
Mellissa L. Longo (ML-3762)
ROBERTSON, FREILICH, BRUNO & COHEN, LLC
One Riverfront Plaza, 9th Floor
Newark, New Jersey 07102
(973) 848-2100

Bruce P. Keller (BK-9300)
S. Zev Parnass (SP-3284)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000

Attorneys for Plaintiffs New York Football Giants, Inc.
and NFL Properties LLC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
-------------------------------------------------------------------- x
                                                                     :
NEW YORK FOOTBALL GIANTS, INC. and NFL                               :
PROPERTIES LLC,                                                      :   Civ. No. 05-5414 (JLL)
                                                                     :
          Plaintiffs,                                            :   **CERTIFICATE OF SERVICE**
                                                                     :
    -against-                                                         :
                                                                     :
CLEAR CHANNEL COMMUNICATIONS, INC.,                                  :
                                                                     :
          Defendant.                                             :
-------------------------------------------------------------------- x

I, Teresita Orgueira, declare as follows:

1.      I am not a party to this action, am over the age of 18 years, and am a secretary at the law firm of Robertson, Freilich, Bruno & Cohen, LLC, attorneys for Plaintiffs New York Football Giants, Inc. and NFL Properties LLC.

2.  On December 6, 2005, I caused to be filed, via electronic filing, Return of Service of the Summons and Complaint served upon Clear Channel Communications, Inc. and Certificate of Service.

3.  On December 6, 2005, I caused courtesy copies of the above documents to be served, via First Class Mail, upon the Honorable Jose L. Linares, United States District Court, M.L. King, Jr. Federal Building & U.S. Courthouse, 50 Walnut Street, Room 5054, P.O. Box 999, Newark, New Jersey 07102-0999.

I certify that the foregoing statements are true. I am aware that if any of my statements are willfully false, I am subject to punishment.

Dated: December 6, 2005

Teresita Orgueira