RECEIVED

DEC 13 2005

AT 8:30
WILLIAM T. WALSH, CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
------------------------------------------------------------ x

NEW YORK FOOTBALL GIANTS, INC. and NFL
PROPERTIES LLC,

      Plaintiffs,

  -against-

CLEAR CHANNEL COMMUNICATIONS, INC.,

      Defendant.

------------------------------------------------------------ x

Civ. No. 05-5414 (JLL)

**CONSENT ORDER**

WHEREAS, plaintiffs New York Football Giants, Inc. and NFL Properties LLC (collectively, "Plaintiffs") commenced this action by the filing of a Complaint on November 15, 2005 against defendant Clear Channel Communications, Inc. ("Clear Channel"); and

WHEREAS, the Complaint was served on Clear Channel on November 23, 2005; and

WHEREAS, Clear Channel's answer to the Complaint is due on December 13, 2005; and

WHEREAS, Clear Channel has asked Plaintiffs for an extension of time in which to answer the Complaint; and

WHEREAS, Plaintiffs are willing to grant Clear Channel an extension of time in which to answer the Complaint until January 17, 2006.

NOW, THEREFORE, IT IS HEREBY ORDERED that the time for Clear Channel to answer or to otherwise make a motion with respect to the Complaint shall be and is extended to and including January 17, 2006.

IT IS FURTHER ORDERED that counsel for Plaintiffs shall serve a copy of this Consent Order by Federal Express on Clear Channel no later than three business days after receipt of this signed Order.

Dated: Newark, New Jersey
December 12, 2005

_____s/Ronald J. Hedges_____
HONORABLE RONALD J. HEDGES
UNITED STATES MAGISTRATE JUDGE