**RECEIVED**

JAN 1 7 2006

AT 8:30 _____
WILLIAM T. WALSH, CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
------------------------------------------------------------ x
:
NEW YORK FOOTBALL GIANTS, INC. and NFL      :
PROPERTIES LLC,                             :   Civ. No. 05-5414 (JLL)
:
Plaintiffs,                    :   **CONSENT ORDER**
:
-against-                                    :
:
CLEAR CHANNEL COMMUNICATIONS, INC.,         :
:
Defendant.                     :
:
------------------------------------------------------------ x

       WHEREAS, plaintiffs New York Football Giants, Inc. and NFL Properties LLC (collectively, "Plaintiffs") commenced this action by the filing of a Complaint on November 15, 2005 against defendant Clear Channel Communications, Inc. ("Clear Channel"); and

       WHEREAS, the Complaint was served on Clear Channel on November 23, 2005; and

       WHEREAS, Clear Channel's answer to the Complaint was due on December 13, 2005; and

       WHEREAS, Clear Channel asked Plaintiffs for an extension of time in which to answer the Complaint; and

       WHEREAS, Plaintiffs consented to Clear Channel's extension of time in which to answer the Complaint until January 17, 2006; and

WHEREAS, it was ordered that the time for Clear Channel to answer or otherwise make a motion with respect to the Complaint be extended to and including January 17, 2006; and

WHEREAS, Clear Channel has asked Plaintiffs for a second extension of time in which to answer the Complaint; and

WHEREAS, Plaintiffs are willing to grant Clear Channel a second extension of time in which to answer the Complaint until February 1, 2006.

NOW, THEREFORE, IT IS HEREBY ORDERED that the time for Clear Channel to answer or to otherwise make a motion with respect to the Complaint shall be and is extended to and including February 1, 2006.

IT IS FURTHER ORDERED that counsel for Plaintiffs shall serve a copy of this Consent Order by Federal Express on Clear Channel no later than three business days after receipt of this signed Order.

Dated: Newark, New Jersey

January 17, 2006

s/Ronald J. Hedges

------

HONORABLE RONALD J. HEDGES
UNITED STATES MAGISTRATE JUDGE