RECEIVED
FEB 0 2 2006
AT 8:30_____ M
WILLIAM T. WALSH, CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
------------------------------------------------------------ x
NEW YORK FOOTBALL GIANTS, INC. and NFL  :
PROPERTIES LLC,                         :   Civ. No. 05-5414 (JLL)
                                        :
         Plaintiffs,                    :   **CONSENT ORDER**
                                        :
     -against-                          :
                                        :
CLEAR CHANNEL COMMUNICATIONS, INC.,     :
                                        :
         Defendant.                     :
                                        :
------------------------------------------------------------ x

      WHEREAS, plaintiffs New York Football Giants, Inc. and NFL Properties LLC (collectively, "Plaintiffs") commenced this action by the filing of a Complaint on November 15, 2005 against defendant Clear Channel Communications, Inc. ("Clear Channel"); and

      WHEREAS, the Complaint was served on Clear Channel on November 23, 2005; and

      WHEREAS, Clear Channel's answer to the Complaint was due on December 13, 2005; and

      WHEREAS, Clear Channel asked Plaintiffs for an extension of time in which to answer the Complaint; and

      WHEREAS, Plaintiffs consented to Clear Channel's extension of time in which to answer the Complaint until January 17, 2006; and

      WHEREAS, it was ordered that the time for Clear Channel to answer or otherwise make a motion with respect to the Complaint be extended to and including January 17, 2006; and

      WHEREAS, Clear Channel asked Plaintiffs for a second extension of time in which to answer the Complaint; and

WHEREAS, Plaintiffs consented to Clear Channel's second extension of time in which to answer the Complaint until February 1, 2006; and

WHEREAS, it was ordered that the time for Clear Channel to answer or otherwise make a motion with respect to the Complaint be extended to and including February 1, 2006; and

WHEREAS, Clear Channel and Plaintiffs are attempting to settle this matter; and

WHEREAS, Clear Channel has asked Plaintiffs for a third extension of time in which to answer the Complaint; and

WHEREAS, Plaintiffs are willing to grant Clear Channel a third extension of time in which to answer the Complaint until February 15, 2006;

NOW, THEREFORE, IT IS HEREBY ORDERED that the time for Clear Channel to answer or otherwise make a motion with respect to the Complaint shall be and is extended to and including February 15, 2006.

IT IS FURTHER ORDERED that counsel for Plaintiffs shall serve a copy of this Consent Order by Federal Express on Clear Channel no later than three business days after receipt of this signed Order.

Dated: Newark, New Jersey
February 2, 2006

s/Ronald J. Hedges
HONORABLE RONALD J. HEDGES
UNITED STATES MAGISTRATE JUDGE