UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
------------------------------------------------------------------ x

NEW YORK FOOTBALL GIANTS, INC. and NFL
PROPERTIES LLC,

    Plaintiffs,

  -against-

CLEAR CHANNEL COMMUNICATIONS, INC.,

    Defendant.

------------------------------------------------------------------ x

Civ. No. 05-5414 (JLL)

**NOTICE OF
VOLUNTARY DISMISSAL**

  Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs New York Football Giants, Inc. and NFL Properties LLC hereby issue and file this Notice of Dismissal dismissing the above-entitled action without prejudice.

Dated: Newark, New Jersey
    March 21, 2006

            ROBERTSON, FREILICH, BRUNO
            & COHEN, L.L.C.

            By: _____
            Mellissa L. Longo (ML-3762)
            One Riverfront Plaza, 4th Floor
            Newark, New Jersey 07102
            (973) 848-2100

            Attorneys for Plaintiffs New York
            Football Giants, Inc. and NFL Properties
            LLC