William W. Robertson (WR-2772)
Jeffrey A. Cohen (JC-7975)
Mellissa L. Longo (ML-3762)
ROBERTSON, FREILICH, BRUNO & COHEN, LLC
One Riverfront Plaza, 9th Floor
Newark, New Jersey 07102
(973) 848-2100

Bruce P. Keller (BK-9300)
S. Zev Parnass (SP-3284)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000

Attorneys for Plaintiffs New York Football Giants, Inc.
and NFL Properties LLC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
------------------------------------------------------------- x
:
NEW YORK FOOTBALL GIANTS, INC. and NFL
PROPERTIES LLC,                                                 :   Civ. No. 05-5414 (JLL)

    Plaintiffs,                                                 :
                                                                    **CERTIFICATE OF SERVICE**
    -against-                                                   :

CLEAR CHANNEL COMMUNICATIONS, INC.,                             :

    Defendant.                                                  :
------------------------------------------------------------- x

I, Teresita Orgueira, declare as follows:

1.   I am not a party to this action, am over the age of 18 years, and am a secretary at the law firm of Robertson, Freilich, Bruno & Cohen, LLC, attorneys for Plaintiffs New York Football Giants, Inc. and NFL Properties LLC,

2. On March 21, 2006, I caused to be filed, via electronic filing, an executed Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1) and Certificate of Service.

3. On March 21, 2006, I caused copies of the above documents to be served, via Federal Express, upon the following:

>Donna K. Schneider, Esq.
>Corporate Counsel – Litigation
>Clear Channel Communications, Inc.
>200 E. Basse Road
>San Antonio, Texas 78209

and via First Class Mail, upon the following:

>Bruce P. Keller, Esq.
>S. Zev Parnass, Esq.
>Debevoise & Plimpton LLP
>919 Third Avenue
>New York, NY 10022

I certify that the foregoing statements are true. I am aware that if any of my statements are willfully false, I am subject to punishment.

Dated: March 21, 2006

Teresita Orgueira