**CLOSED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
------------------------------------------------------------- x

NEW YORK FOOTBALL GIANTS, INC. and NFL
PROPERTIES LLC,

　　　　　Plaintiffs,

　　-against-

CLEAR CHANNEL COMMUNICATIONS, INC.,

　　　　　Defendant.

------------------------------------------------------------- x

Civ. No. 05-5414 (JLL)

**NOTICE OF
VOLUNTARY DISMISSAL**

　　Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs New York Football Giants, Inc. and NFL Properties LLC hereby issue and file this Notice of Dismissal dismissing the above-entitled action without prejudice.

Dated:　Newark, New Jersey
　　　　March 21, 2006

　　　　　　　　　　　　　　　　ROBERTSON, FREILICH, BRUNO
　　　　　　　　　　　　　　　　& COHEN, L.L.C.

　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　Mellissa L. Longo (ML-3762)
　　　　　　　　　　　　　　　　One Riverfront Plaza, 4th Floor
　　　　　　　　　　　　　　　　Newark, New Jersey 07102
　　　　　　　　　　　　　　　　(973) 848-2100

　　　　　　　　　　　　　　　　Attorneys for Plaintiffs New York
　　　　　　　　　　　　　　　　Football Giants, Inc. and NFL Properties
　　　　　　　　　　　　　　　　LLC

**SO ORDERED:** _____
**DATED:** 3/22/06